## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | 11-31966 |
| | ) | |
| **Edward M. Biel,** | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | DuPage County Calendar |

### FIRST AND FINAL APPLICATION FOR COMPENSATION AS ATTORNEY FOR TRUSTEE

Megan A. Drefchinski (the "Attorney") as attorney for Gina B. Krol, not individually but as Chapter 7 Trustee (the "Trustee") in the above-referenced matter, brings this First and Final Application for Compensation, pursuant to Sections 330 of the Bankruptcy Code seeking an award of final compensation and reimbursement of expenses incurred as attorney for the Trustee from October 28, 2011, through May 4, 2012 (the "Application"). In support of the Application, the attorney states as follows:

### Background

1. Edward M. Biel (the "Debtor") filed a Petition for relief under Chapter 7 of the United States Bankruptcy Code on August 4, 2011.

2. On October 28, 2011, an Order was entered authorizing the employment of the Attorney as special counsel to do all things necessary to pursue litigation regarding a fraudulent transfer of stocks and bonds. A true and accurate copy of the Order is attached hereto as Exhibit A and incorporated herein by reference.

3. On January 5, 2012, the Attorney filed an adversary proceeding against Kathleen D. Biel, seeking the avoidance and recovery of a fraudulent transfer made to Kathleen D. Biel by the Debtor.

4.  On May 4, 2012, an Order was entered allowing for the settlement and compromise of the aforementioned adversary proceedings. A true and accurate copy of the Order is attached hereto as Exhibit B and incorporated herein by reference.

### Relief Requested

5.  The attorney requests entry of an order allowing final compensation and authorizing payment in the amount of Three Thousand Seven Hundred Twelve and 00/100 Dollars ($3,712.00) for services rendered and for reimbursement of expenses in the amount of Six Hundred Sixty-Six and 07/100 Dollars ($666.07) for the period from October 28, 2011, and May 4, 2012. A detailed itemization of the services rendered and the expenses for which reimbursement is sought is set forth in Exhibits C and D, respectively.

6.  The services performed by the Attorney have been categorized for the purposes of this Application. There is a narrative description of the services for each category of service in this Application. The itemization of services rendered in Exhibit C tracks the categories described in this Application.

7.  There is a itemization for each attorney or paralegal for whom compensation is sought, showing the hourly rate and the amount of compensation sought for that attorney's or paralegal's services.

### Summary of Services Rendered

*Prosecution and Settlement of Adversary Proceeding*

8.  The category of prosecution and settlement of adversary proceeding includes the following types of services:

    A.  Preparation of Adversary Complaint;

    B.  Attendance at court appearances;

    C.    Engagement in settlement negotiations with counsel for the adversary defendant;

    D.    Research regarding validity of defenses raised by counsel for adversary defendant in settlement negotiations;

    E.    Preparation for Motion to Compromise Claim and Settle Pending Adversary Proceeding; and

    F.    Conferences with Trustee regarding settlement issues.

9.    The Attorney and one other attorney on behalf of the Attorney have expended sixteen and one-tenths (16.10) hours in rendering services in this category and seek compensation in the amount of Three Thousand Five Hundred Sixty and 00/100 Dollars ($3,560.00).

10.    Paralegals working on behalf of the attorney have expended one and nine-tenths hours in rendering services in the category and the Attorney seeks compensation in the amount of One Hundred Fifty-Two and 00/100 Dollars ($152.00).

11.    The Attorney has incurred expenses in the amount of Six Hundred Sixty-Six and 07/100 Dollars ($666.07) related to the rendering of services in this category and seeks compensation for the same.

*Attorneys and Paralegals Providing Services*

12.    The following attorneys and paralegals have rendered services to the Trustee for which compensation is requested in this Application:

A. Megan A. Drefchinski (MAD) has been licensed to practice law in the State of Illinois since 2004 and has worked in bankruptcy cases since then, representing creditors.

B. Rebecca S. Carlson (RSC) has been licensed to practice law in the State of Illinois since 2010. She was delegated authority to cover a court status due to a scheduling conflict of the Attorney.

C. Paralegal services have been rendered Kristie Taylor (KT) and Araceli Villa (AV). Kristie Taylor joined The Collins Law Firm in March 2009 and works on various commercial litigation matters. Ms. Taylor holds a bachelor's degree from the University of Minnesota-Duluth and obtained a Paralegal Certificate from North Central College in 1993. Araceli Villa joined The Collins Law Firm in December 2010 and works on various commercial litigation matters.

*Summary*

13. A summary of the time expended by each attorney and paralegal for whom compensation is requested is set forth below:

| Attorney or Paralegal | Hours | Rate | Compensation |
|---|---|---|---|
| MAD | 13.6 | $225.00 | $3,060.00 |
| RSC | 2.5 | $200.00 | $500.00 |
| KT | 1 | $80.00 | $80.00 |
| AV | 0.9 | $80.00 | $72.00 |

14. In this Application, the Attorney seeks compensation based upon rates negotiated and approved by the Trustee prior to the filing of the adversary proceeding. The Attorney believes that those rates are fair and reasonable and should be approved in considering this Application. The court may also consider the nature of the services rendered, the complexity of the legal issues presented in the case, the skill of the Attorney and other individuals rendering the services, and the results obtained in determining the reasonableness of this Application.

15. There are no agreements between the Attorney and any other person for sharing compensation which has been or will be received, except for the agreement between The Collins Law Firm and its constituent partners.

16. Prior the filing of the adversary proceeding, no retainer was received by the Attorney.

WHEREFORE, Megan A. Drefchinski, requests the entry of an order:

A. Granting the First and Final Application for Compensation;

B. Granting the Attorney an allowance for reimbursement of expenses incurred in the amount of Six Hundred Sixty-Six and 07/100 Dollars ($666.07);

C. Authorizing the Trustee to immediately pay the Attorney the sum of Four Thousand Three Hundred Seventy-Eight and 07/100 Dollars ($4,378.07); and

D. Granting any other relief deemed equitable and just.

RESPECTFULLY SUBMITTED:

By: /s/ Megan A. Drefchinski

Megan A. Drefchinski #6282782
mdrefchinski@collinslaw.com
The Collins Law Firm, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
Phone: (630) 527-1595
Fax: (630) 527-1193

Case 11-31966   Doc 19   Filed 10/28/11   Entered 11/01/11 09:30:30   Desc Main
              Document      Page 1 of 1

11-31966:15.2:Application to Employ:Proposed Order to Employ Special Counsel Pursuant to 11 U.S.C. &#167;327(c) Entered: 10/17/2011 1:00:04 PM by:Gina Krol P;

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN CHAPTER 7 |
| ) | |
| EDWARD M. BIEL, ) | No. 11 B 31966 |
| ) | |
| Debtor(s). ) | |

### ORDER TO EMPLOY SPECIAL COUNSEL PURUSANT TO 11 U.S.C. §327(c)

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE JOHN H. SQUIRES, BANKRUPTCY JUDGE
THIS 28TH DAY OF OCTOBER, 2011

This cause coming on to be heard upon the Motion of GINA B. KROL Trustee herein, to Employ MEGAN A. DREFCHINSKI and THE COLLINS LAW FIRM, as Special Counsel to the Trustee, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that GINA B. KROL, Trustee herein, is hereby authorized, empowered and directed to employ MEGAN A. DREFCHINSKI, as Special Counsel to represent the Trustee to do all things necessary to pursue litigation regarding a possible preferential and/or fraudulent transfer of stocks and bonds.

IT IS FURTHER ORDERED that said Special Counsel is to be compensated on an hourly basis to be paid out of any recovery received as a result of the litigation and reimbursed for expenses subject to further approval of this Honorable Court.

GINA B. KROL
JOSEPH E. COHEN
PHILIP GROBEN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
(312) 368-0300

ENTER:

_____
BANKRUPTCY JUDGE

OCT 2 8 2011


EXHIBIT
A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Edward M. Biel | ) BK No.: 11-31966<br>)<br>) Chapter: 7<br>) Honorable Donald R. Cassling<br>) DuPage<br>Debtor(s) )<br>Gina B. Krol, not individually but as Trustee, ) Adv. No.: 12-A-15<br>)<br>)<br>Plaintiff(s) )<br>Kathleen D. Biel, )<br>)<br>)<br>Defendant(s) ) |

**Order Authorizing Trustee to Compromise Claim and Settle Pending Adversary Proceeding**

THIS MATTER coming to be heard on the Trustee's Motion to Authorize Trustee to Compromise and Settle Pending Adversary Complaint pursuant to Federal Rule of Bankruptcy Procedure 9019, due notice having been given pursuant to Federal Rule of Bankruptcy Procedure 2002, and the Court having jurisdiction over this core proceeding and being fully advised, it is hereby ORDERED:

1. The proposed compromise and settlement is approved;
2. Kathleen D. Biel, the defendant herein, is order to pay the sum of Seventy Thousand and 00/100 Dollars ($70,000.00) to the Trustee;
3. The Trustee is authorized to execute collateral documentation not inconsistent with this Order;
4. The Trustee and Kathleen D. Biel, the defendant herein, are bound by the terms of this Order; and
5. This Court retains jurisdiction over all matters arising from or relating to the implementation of this Order.

Enter: *Donald R. Cassling*

Dated: May 4, 2012

United States Bankruptcy Judge

Prepared by:
Megan A. Drefchinski
The Collins Law Firm, P.C.
1770 N. Park, Suite 200
Naperville, IL 60563
Illinois Attorney No. 6282782



EXHIBIT B

Rev: 20120209_apo

mdrefchinski@collinslaw.com
(630) 527-1595

Rev: 20120209_apo

## ATTORNEY AND PARALEGAL TIME

| Date | Attorney/ Paralegal | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 11/15/12 | MAD | 2.60 | 225.00 | 585.00 | Draft Adversary Complaint |
| 12/15/11 | KT | 0.5 | 80.00 | 40.00 | Arrange for transcription and deliver CD of 341 meeting to court reporter |
| 12/21/11 | KT | 0.5 | 80.00 | 40.00 | Pick up transcription of 341 meeting |
| 1/5/12 | AV | 0.5 | 80.00 | 40.00 | File adversary complaint |
| 1/6/12 | AV | 0.2 | 80.00 | 16.00 | Letter to Trustee re: filed adversary complaint |
| 2/1/12 | MAD | 0.8 | 225.00 | 180.00 | Review Answer filed by K. Biel and letter to Trustee re: same |
| 2/3/12 | MAD | 0.5 | 225.00 | 112.50 | Review settlement offer from atty Greene, phone conference w/ atty Greene re: settlement offer, and letter to Trustee re: same |
| 2/6/12 | MAD | 0.2 | 225.00 | 45.00 | Phone conference w/ Trustee re: settlement offer |
| 2/10/12 | MAD | 1.0 | 225.00 | 225.00 | Research re: disclosure on PFS of joint tenancy account vis-à-vis joint ownership |
| 2/10/12 | MAD | 0.2 | 225.00 | 45.00 | Draft counteroffer to atty Greene |
| 2/22/12 | MAD | 0.2 | 225.00 | 45.00 | Phone conference w/ atty Greene re: counteroffer and next court appearance |
| 2/24/12 | RSC | 2.5 | 200.00 | 500.00 | Attend court appearance on status |
| 2/29/12 | MAD | 0.2 | 225.00 | 45.00 | Review minute order from 2/24/12 court and letter to Trustee re: same |
| 3/6/12 | MAD | 0.2 | 225.00 | 45.00 | Review counteroffer from atty Greene and letter to Trustee re: same |
| 3/14/12 | MAD | 0.3 | 225.00 | 67.50 | Phone conference w/ Trustee re: counteroffer and phone conference w/ atty Green re: same |
| 3/21/12 | MAD | 2.0 | 225.00 | 450.00 | Research re: effect of admission in PFS and presumption shifting in joint account ownership disputes |
| 3/22/12 | MAD | 0.4 | 225.00 | 90.00 | Phone conference w/ Trustee re: making counteroffer and draft counteroffer to atty Greene |
| 3/23/12 | MAD | 0.2 | 225.00 | 45.00 | Review email from atty Greene re: counteroffer and respond to same |
| 4/5/12 | MAD | 0.4 | 225.00 | 90.00 | Phone conference w/ Trustee re: settlement and phone conference w/ atty Greene re: same |
| 4/11/12 | MAD | 0.8 | 225.00 | 180.00 | Draft Motion to Compromise and Settle |
| 4/13/12 | MAD | 1.2 | 225.00 | 270.00 | Court appearance on status |
| 4/16/12 | AV | 0.2 | 80.00 | 16.00 | Draft letter to Trustee re: Motion to |

EXHIBIT C

|        |     |      |        |        |                                                                              |
|--------|-----|------|--------|--------|------------------------------------------------------------------------------|
|        |     |      |        |        | Compromise and Settle                                                        |
| 4/23/12| MAD | 0.5  | 225.00 | 112.50 | Draft Settlement Agreement                                                   |
| 5/1/12 | MAD | 0.2  | 225.00 | 45.00  | Phone conference w/ Trustee and w/ atty Greene re: execution of Settlement Agreement |
| 5/4/12 | MAD | 1.50 | 225.00 | 337.50 | Court appearance on Motion to Compromise and Settle                          |
| 5/10/12| MAD | 0.2  | 225.00 | 45.00  | Phone conference w/ atty Greene re: status of receipt of payment             |
| TOTAL  |     |      |        | 3,712.00 |                                                                            |

**EXPENSES**

| Category | Amount | Description |
|---|---|---|
| Court reporter | 247.75 | Fee for transcription of 341 meeting |
| PACER fees | 6.64 | Fees for downloading bankruptcy filings |
| Filing fee | 293.00 | Fee for filing adversary complaint |
| Travel | 28.60 | Travel expenses for court appearances in DuPage Count |
| Photocopies | 47.80 | Photocopying charges |
| Facsimile | 23.25 | Facsimile charges |
| Postage | 7.15 | Mailing required notices of Motion to Compromise and Settle |
| Westlaw | 11.88 | Westlaw research usage fees |
| TOTAL | 666.07 | |



EXHIBIT
2