# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BIEL, EDWARD M.                     §   Case No. 11-31966
                                    §
          Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/05/2012 in Courtroom 4016,
             DuPage County Courthouse
             505 N. County Farm Rd.
             Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/05/2012                By: KENNETH S. GARDNER
                                           Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BIEL, EDWARD M. §   Case No. 11-31966
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 70,001.52 |
| and approved disbursements of | $ 91.80 |
| leaving a balance on hand of[1] | $ 69,909.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 6,750.05 | $ 0.00 | $ 6,750.05 |
| Attorney for Trustee Fees: Megan Drefchinski | $ 3,712.00 | $ 0.00 | $ 3,712.00 |
| Other: Megan Drefchinski | $ 666.07 | $ 0.00 | $ 666.07 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,128.12 |
| Remaining Balance | | $ | 58,781.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 202,887.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,205.60 | $ 0.00 | $ 2,087.64 |
| 000005A | First National Bank of Brookfield | $ 9,876.81 | $ 0.00 | $ 2,861.56 |
| 000006 | First National Bank of Brookfield | $ 10,712.36 | $ 0.00 | $ 3,103.64 |
| 000007A | First National Bank of Brookfield | $ 123,574.94 | $ 0.00 | $ 35,802.76 |
| 000008A | First National Bank of Brookfield | $ 51,517.82 | $ 0.00 | $ 14,926.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 58,781.60 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
           Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-31966-DRC
Edward M. Biel                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko           Page 1 of 2           Date Rcvd: Sep 06, 2012
                              Form ID: pdf006          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2012.
```
db          +Edward M. Biel,    1533 Brookdale Rd.,    Naperville, IL 60563-2128
17631211    +Chase Manhattan Mortgage,    Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
17631213    +EMB Enterprises, LTD,    1533 Brookdale Rd.,    Naperville, IL 60563-2128
17631214    +First National Bank of Brookfield,    The Collins Law Firm, PC,    1770 N Park Street, Suite 200,
              Naperville, IL 60563-5432
17631215    +Kathleen Biel,    1533 Brookdale Rd.,    Naperville, IL 60563-2128
18016531     Marquette Bank,    9612 W. 143rd Street,    Orland Park, IL 60643
17631216    +Marquette National Ban,    6316 S. Western Av,    Chicago, IL 60636-2491
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17631212     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2012 02:45:37     Discover Fin,    Po Box 8003,
              Hilliard, OH 43026
17976164     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2012 02:45:37     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18473456*   +First National Bank of Brookfield,    The Collins Law Firm, PC,    1770 N. Park Street, Suite 200,
              Naperville, IL 60563-5432
17631210   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko            Page 2 of 2                Date Rcvd: Sep 06, 2012
                              Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2012 at the address(es) listed below:

      Ben L Schneider   on behalf of Debtor Edward Biel ben@windycitylawgroup.com, mstone@windycitylawgroup.com

      Gina B Krol   on behalf of Trustee Gina Krol kingkrol@aol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com

      Gina B Krol   gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com

      Joshua D Greene   on behalf of Defendant Kathleen Biel jgreene@springerbrown.com, sellis@springerbrown.com

      Megan A Drefchinski   on behalf of Plaintiff Gina Krol mdrefchinski@collinslaw.com, ktaylor@collinslaw.com

      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

      Raymond J Ostler   on behalf of Creditor   Marquette Bank rostler@gsgolaw.com

      Rebecca S Carlson   on behalf of Creditor   First National Bank of Brookfield bcarlson@collinslaw.com

      TOTAL: 8