UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BIEL, EDWARD M. § Case No. 11-31966
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/GINA B. KROL_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage Chase Card Services Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | First National Bank of Brookfield 9136 Washington Ave. Brookfield, IL 60513 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Brookfield 9136 Washington Ave. Brookfield, IL 60513 | | | | | |
| | First National Bank of Brookfield 9136 Washington Ave. Brookfield, IL 60513 | | | | | |
| | First National Bank of Brookfield 9136 Washington Ave. Brookfield, IL 60513 | | | | | |
| 000002 | MARQUETTE BANK | | | | | |
| 000003 | MARQUETTE BANK | | | | | |
| 000004 | MARQUETTE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MEGAN DREFCHINSKI | | | | | |
| MEGAN DREFCHINSKI | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | FIRST NATIONAL BANK OF BROOKFIELD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | FIRST NATIONAL BANK OF BROOKFIELD | | | | | |
| 000007A | FIRST NATIONAL BANK OF BROOKFIELD | | | | | |
| 000008A | FIRST NATIONAL BANK OF BROOKFIELD | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 11-31966 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main Page: 1
Doc 48 Filed 01/17/13 Entered 01/17/13 13:23:46
Document ASSET CASES Page 7 of 11

| Case No: | 11-31966 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL | Exhibit 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BIEL, EDWARD M. | | | | Date Filed (f) or Converted (c): | 08/04/11 (f) | |
| | | | | | 341(a) Meeting Date: | 09/06/11 | |
| For Period Ending: 12/20/12 | | | | | Claims Bar Date: | 04/17/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1533 BROOKDALE RD., NAPERVILLE IL 60563 | 175,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 1906 S. 16TH AVE. BROADVIEW, IL 60155 | 142,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. 414 S. 10TH AVE. MAYWOOD, IL 60153 | 100,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. US BANK CHECKING | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. US BANK SAVINGS | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. GUITARS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. SEP IRA | 198,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. EQUITY TRUST IRA | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. ALBERTO CULVER 401K | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. JNL RETIREMENT ANNUITY | 44,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. JNL RETIREMENT ANNUITY | 55,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. 100% OF THE SHARES OF STOCK OF EMB ENTERPRISES, LT | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. BARONLY BEACH CLUB-HILTON HEAD | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. 2003 HONDA CR-V: 107000 MILES | 9,095.00 | 0.00 | | 0.00 | 0.00 |
| 15. FRAUD, CONVEYANCE (u) | 0.00 | Unknown | | 70,000.00 | FA |
| Trustee has retained special counsel to pursue Debtor's wife for fraudulent conveyance | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.52 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $745,595.00  $0.00  $70,001.52  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee can prepare TDR

Initial Projected Date of Final Report (TFR): 05/31/13     Current Projected Date of Final Report (TFR): 08/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

LFORM1                                                                                                                                      Ver: 17.00b

| | | | |
|---|---|---|---|
| Case No: | 11-31966    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | BIEL, EDWARD M. | Date Filed (f) or Converted (c): | 08/04/11 (f) |
| | | 341(a) Meeting Date: | 09/06/11 |
| | | Claims Bar Date: | 04/17/12 |

Exhibit 8

/s/    GINA B. KROL

_____  Date: _____

    GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-31966 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BIEL, EDWARD M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0485  Checking Account |
| Taxpayer ID No: | *******3914 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 69,909.72 | | 69,909.72 |
| 10/04/12 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 6,750.05 | 63,159.67 |
| 10/04/12 | 030002 | Megan Drefchinski<br>The Collins Law Firm, P.C.<br>1770 N. Park Street<br>Naperville, IL 60563 | Attorneys Fees | 3210-000 | | 3,712.00 | 59,447.67 |
| 10/04/12 | 030003 | Megan Drefchinski<br>The Collins Law Firm, P.C.<br>1770 N. Park Street<br>Naperville, IL 60563 | Attorneys Expenses | 3220-000 | | 666.07 | 58,781.60 |
| 10/04/12 | 030004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 28.97247% | 7100-900 | | 2,087.64 | 56,693.96 |
| 10/04/12 | 030005 | First National Bank of Brookfield<br>The Collins Law Firm, PC<br>1770 N Park Street, Suite 200<br>Naperville, IL 60563 | Claim 000005A, Payment 28.97251%<br>(5-1) personal guaranty of mortgage note<br>(5-1) Modified to correct creditor address (02/13/2012) | 7100-000 | | 2,861.56 | 53,832.40 |
| 10/04/12 | 030006 | First National Bank of Brookfield<br>The Collins Law Firm, PC<br>1770 N Park Street, Suite 200<br>Naperville, IL 60563 | Claim 000006, Payment 28.97251%<br>(6-1) personal guaranty on mortgage note<br>(6-1) Modified to correct creditor address (02/13/2012) | 7100-000 | | 3,103.64 | 50,728.76 |
| 10/04/12 | 030007 | First National Bank of Brookfield<br>The Collins Law Firm, PC<br>1770 N Park Street, Suite 200<br>Naperville, IL 60563 | Claim 000007A, Payment 28.97251%<br>(7-1) personal guaranty on mortgage note<br>(7-1) Modified to correct creditor address (02/13/2012) | 7100-000 | | 35,802.76 | 14,926.00 |

Page Subtotals     69,909.72     54,983.72

**FORM 2** Exhibit 9
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| | |
|---|---|
| Case No: | 11-31966 -DRC |
| Case Name: | BIEL, EDWARD M. |
| Taxpayer ID No: | *******3914 |
| For Period Ending: | 12/20/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0485 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/04/12 | 030008 | First National Bank of Brookfield<br>The Collins Law Firm, PC<br>1770 N Park Street, Suite 200<br>Naperville, IL 60563 | Claim 000008A, Payment 28.97250%<br>(8-1) personal guaranty of mortgage note<br>(8-1) Modified to correct creditor address (02/13/2012) | 7100-000 | | 14,926.00 | 0.00 |
| | | | COLUMN TOTALS | | 69,909.72 | 69,909.72 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 69,909.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 69,909.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 69,909.72 | |

Page Subtotals 0.00 14,926.00

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.00b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-31966 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BIEL, EDWARD M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4386 BofA - Money Market Account |
| Taxpayer ID No: | *******3914 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/12 | 15 | Kathleen Biel | | 1241-000 | 70,000.00 | | 70,000.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 70,000.37 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.60 | | 70,000.97 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.80 | 69,909.17 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.55 | | 69,909.72 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 69,909.72 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 70,001.52 | 70,001.52 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 69,909.72 | |
| Subtotal | 70,001.52 | 91.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 70,001.52 | 91.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0485 | 0.00 | 69,909.72 | 0.00 |
| BofA - Money Market Account - ********4386 | 70,001.52 | 91.80 | 0.00 |
| | 70,001.52 | 70,001.52 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 12/20/12
GINA B. KROL

Page Subtotals 70,001.52 70,001.52

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.00b
LFORM24